IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARYLAND GREEN PARTY,** *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No. 20-cv-1253-ELH |
| **LAWRENCE J. HOGAN, JR.,** in his Official Capacity as Governor of Maryland, *et al.*, | * | |
| | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINE
FOR RESPONSE TO MOTION TO DISMISS**

Maryland Green Party ("Green Party"), and Steven Andrew Ellis ("Ellis"), Plaintiffs, by undersigned counsel, move that the Court extend to Friday, June 26, 2020, the time for all Plaintiffs to respond to the Motion to Dismiss filed by the Defendants (ECF Doc. No. 16). As grounds for the Motion, the Plaintiffs state:

1. The Defendants' Motion to Dismiss was filed and served on May 29, 2020. Pursuant to Local Rule 105.2.a, the Plaintiffs' opposition to the Motion is due today, June 12, 2020.

2. As the parties informed the Court on June 11, 2020, the parties have reached an agreement-in-principle as to the resolution of the case and are preparing a settlement agreement and proposed Consent Judgment and Order for the Court's consideration.

3. The fourteen-day extension requested by this Motion will allow the parties time to prepare the documents necessary to resolve this case.

4.     I have consulted counsel for the Defendants and have their authority to state that the Defendants consent to the requested fourteen-day extension requested in this Motion

                                     Respectfully submitted,

June 12, 2020                      __/s/ H. Mark Stichel_____
                                     H. Mark Stichel, Bar No. 02939
                                     ASTRACHAN GUNST THOMAS, P.C.
                                     217 East Redwood Street, Suite 2100
                                     Baltimore, Maryland 21202
                                     Telephone:  410.783.3550
                                     Facsimile:  410.783.3530
                                     hmstichel@agtlawyers.com

                                     *Counsel for Maryland Green Party and*
                                     *Steven Andrew Ellis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2020, a copies of the foregoing Consent Motion to Extend Deadline for Response to Motion to Dismiss was served upon all counsel of record via the Court's ECF System.

                                     __/s/ H. Mark Stichel_____
                                     H. Mark Stichel, Bar No. 02939