## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARYLAND GREEN PARTY**, *et al.,* | * | |
| *Plaintiffs,* | * | |
| v. | * | **Civil Action No. 20-cv-1253-ELH** |
| **LAWRENCE J. HOGAN, JR.,** in his **Official Capacity as Governor of Maryland**, *et al.,* | * | |
| | * | |
| *Defendants.* | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Maryland Green Party,  Steven Andrew Ellis, Libertarian Party of Maryland, and Robert S. Johnston, III, Plaintiffs, and Lawrence J. Hogan, Jr., in his Official Capacity as Governor of Maryland, and Linda H. Lamone, in her Official Capacity as State Administrator of Elections, Maryland Board of Elections, Defendants, by their respective attorneys, move that the Court approve and enter the proposed Consent Judgment attached hereto as Exhibit A.  As grounds for the Motion, the Plaintiffs state:

1.      The proposed Consent Judgment has been negotiated among the parties.

2.      The proposed Consent Judgment represents a fair, adequate, and reasonable resolution of this action that will benefit all parties while serving the public interest.

Respectfully submitted,

June 19, 2020

_   /s/ H. Mark Stichel_
H. Mark Stichel, Bar No. 02939
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100

Baltimore, Maryland 21202
Telephone:  410.783.3550
Facsimile:  410.783.3530
hmstichel@agtlawyers.com

*Counsel for Maryland Green Party and*
*Steven Andrew Ellis*

*/s/ Mark A. Grannis*
Mark A. Grannis, Bar No. 19552
Harris, Wiltshire & Grannis, LLP
1919 M Street, N.W., 8th Floor
Washington, DC 20036
Telephone:  202-730-1313
mgrannis@hwglaw.com

/s/Oliver B. Hall
OLIVER B. HALL
*Pro Hac Vice*
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
oliverhall@competitivedemocracy.org
(202) 248-9294

*Counsel for Libertarian Party of Maryland*
*and Robert Johnson*

 */s/ Andrea W. Trento*
ANDREA W. TRENTO (Fed. Bar No. 28816)
Assistant Attorney General
ROBERT A. SCOTT (Fed. Bar No.  24613)
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
atrento@oag.state.md.us
rscott@oag.state.md.us
(410) 576-6472
(410) 576-6955 (facsimile)

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19h day of June, 2020, a copies of the foregoing Joint

Motion for Entry of Consent Judgment was served upon all counsel of record via the Court's ECF

System.

_/s/ H. Mark Stichel_
H. Mark Stichel, Bar No. 02939